**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                          **CASE NO. 3:20-CR-00005-BSM**

**CORDERO C. HARRIS**                                              **DEFENDANT**

<u>**ORDER**</u>

Cordero Harris's *pro se* motion to reduce his sentence [Doc. No. 315] is denied because retroactive amendment 821 does not change his criminal history score.  Harris's criminal history category of VI remains the same based on his status as a career offender. The government's motion to dismiss Harris's motion pursuant to a waiver provision in the plea agreement [Doc. No. 320] is denied as moot.

IT IS SO ORDERED this 5th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE